FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAY - 9 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>Beltran, Humberto Raul<br><br>DEFENDANT(S). | CASE NUMBER<br><br>SACR07-288 GHK<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of _**defendant**_ , IT IS ORDERED that a detention hearing is set for **Wednesday** , **5/14/08**, at **3:30** ☐ a.m. / ☒ p.m. before the Honorable **Robert N Block** , in Courtroom **6A** .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or

_____ and produced for the hearing.
*(Other custodial officer)*

Dated: **5/9/08**

_____     **ROBERT N. BLOCK**
U.S. District Judge/Magistrate Judge